UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF NEW YORK

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| SERVICE OF: | SUMMONS, COMPLAINT, EXHIBITS |
|---|---|
| EFFECTED (1) BY ME: | PAUL SALAZAR |
| TITLE: | PROCESS SERVER |
| DATE: | 4/10/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

COLLEEN A WATSON, DDS

Place where served: 5-6 STEVEN DR OSSINING NY

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KAREN MEYER   ADMIN/ASST

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 56  HEIGHT: 5'7  WEIGHT: 160  SKIN: White  HAIR: Brown  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

17:45 TIME

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/10/2008    _____ L.S.
SIGNATURE OF PAUL SALAZAR
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

4/10/08

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| ATTORNEY: | JOSEPH H LEMKIN, ESQ |
|---|---|
| PLAINTIFF: | BANC OF AMERICA PRACTICE SOLUTIONS, INC |
| DEFENDANT: | COLLEEN A WATSON, DDS, PC., ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CIV 3372 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.