AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, RULE 7.1 STATEMENT |
| EFFECTED (1) BY ME: | KELVI FRIAS |
| TITLE: | PROCESS SERVER    DATE: 06/03/2008  11:45AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ALEJANDRO WILLIAMS

Place where served:

1624 UNIVERSITY AVENUE  BRONX NY 10453

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LUCIANA ALMONTE

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY IS ONLY IN ON TUESDAYS. ENTITY DID NOT WANT TO LEAVE HIS PATIENTS, SO ATHORIZED FOR PERSON TO ACCEPT SERVICE ON HIS BEHALF.

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/03/2008    _____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Lic No. 1732446

| | |
|---|---|
| ATTORNEY: | JOSEPH H. LEMKIN |
| PLAINTIFF: | BANK OF AMERICA PRATICE SOLUTIONS, INC., ET ALS |
| DEFENDANT: | ALEJANDRO WILLIAMS DDS, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 4198 |

06/03/18
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.