AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, RULE 7.1 STATEMENT |
| EFFECTED (1) BY ME: | KELVI FRIAS |
| TITLE: | PROCESS SERVER            DATE: 05/20/2008 02:44PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ALEJANDRO WILLIAMS, DDS

Place where served:

1624 UNIVERSITY AVE   BRONX NY 10453

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARIA

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will
arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/20/20 08         _____ L.S.
                         SIGNATURE OF KELVI FRIAS
                         GUARANTEED SUBPOENA SERVICE, INC.
                         2009 MORRIS AVENUE
                         UNION, NJ 07083
                         Lic. NO. 1232446

| | |
|---|---|
| ATTORNEY: | JOSEPH H. LEMKIN |
| PLAINTIFF: | BANK OF AMERICA PRATICE SOLUTIONS, INC., ET ALS |
| DEFENDANT: | ALEJANDRO WILLIAMS DDS, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 4198 |

05/20/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.